IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEBORAH STANLEY                                                                          PLAINTIFF

v.                                     CASE NO. 5:08-CV-0004 BSM

TYSON FOODS, INC.                                                                      DEFENDANT

## ORDER

Pending before the court are defendant's Motion to Extend Agreed Protective Order to Confidential Third Party Documents and Information [Doc. # 36] and Motion to Place Confidential Documents Produced by Morgan "Chip" Welch Under Protective Order [Doc. # 50], and plaintiff's Renewed Motion to Compel [Doc. # 44].  After careful review, the court grants defendant's motion to extend agreed protective order [Doc. # 36].  The parties' agreed protective order shall hereby encompass confidential third party documents and any confidential prior settlement agreements. Defendant's motion to place confidential documents produced by Morgan Welch under protective order [Doc. # 40] is hereby rendered moot.

The court finds that the new evidence presented by plaintiff in support of her renewed motion to compel fails to establish that Mr. John Tyson has any special knowledge concerning this case.  Plaintiff's renewed motion to compel [Doc. # 44] is hereby denied.

IT IS SO ORDERED this 3rd day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE