IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEBORAH STANLEY                                                                           PLAINTIFF

v.                                      CASE NO.: 5:08-CV-0004 BSM

TYSON FOODS, INC.                                                                         DEFENDANT

### ORDER

Pending before the court are the parties' motions to compel [Doc. ##38 and 40]. After careful review the court rules as follows.

Plaintiff's motion to compel [Doc. #38] is granted in part and denied in part. The defendant is ordered to produce (1) its EEO-1 and OFCCP reports, (2) all information, including statistical information, related to salaried positions at grade 71 and above, and (3) the ESI pertaining to anecdotal blonde jokes. The court denies plaintiff's motion to compel the production of the information regarding the executive bands, the ESI in native form, and the ESI pertaining to Protocol 71.

Defendant's motion to compel [Doc. # 40] is granted. Plaintiff is ordered to disclose to defendant the name of her expert witnesses and submit their signed reports.

Plaintiff shall file her motion for class certification within fourteen days of this order and her motion for extension of time for class certification [Doc. # 56] is hereby rendered moot.

IT IS SO ORDERED this 5th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE